IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 99-30325 and
99-30666
_____

OMOYHIBO EVIVIE; BELINDA SIMPSON
EVIVIE; PEACE EVIVIE, JR.; ERIC
EVIVIE; DERRICK EVIVIE, Individually
& on behalf of Herchal Drew Evivie,
on behalf of Sheba Evivie;
OGHENOVO EVIVIE; PRINCE EVIVIE,

                                        Plaintiffs-Appellants,

versus

CHARLES CRENSHAW; ET AL.,

                                        Defendants,

CHAD LANDRENEAU, in his capacity as
officer Lafayette Police Department;
POLICE DEPARTMENT OF LAFAYETTE,

                                        Defendants-Appellees.
_____

Appeals from the United States District Court for the
Western District of Louisiana
(96-CV-1724)
_____
April 7, 2000

Before POLITZ, JOLLY, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

       The judgment of the district court is AFFIRMED.  See 5TH CIR.

R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 47.5.4.